**STATE of Missouri, Respondent,**

v.

**Eddie SHIVERDECKER, Appellant.**

**WD 37754.**

Missouri Court of Appeals,
Western District.

Sept. 9, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 4, 1986.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., John Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and GAITAN, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for burglary, second degree, in violation of § 569.170, RSMo 1978 and stealing, in violation of § 570.030, RSMo Supp. 1984.

Judgment affirmed. Rule 30.25(b).